# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: KARNITZ, CYNTHIA | § Case No. 13-82753 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/16/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 05/27/2014           By:  /s/JOSEPH D. OLSEN_____
                                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KARNITZ, CYNTHIA | § | Case No. 13-82753 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 40,000.00 |
| *and approved disbursements of* | $ 13.42 |
| *leaving a balance on hand of* [1] | $ 39,986.58 |
| **Balance on hand:** | $ 39,986.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 39,986.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,750.00 | 0.00 | 4,750.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 90.28 | 0.00 | 90.28 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,431.00 | 0.00 | 2,431.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,271.28 |
| Remaining balance: | $ 32,715.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,715.30

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 32,715.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,719.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae Inc, On Behalf of The | 62,293.57 | 0.00 | 29,656.01 |
| 2 | eCAST Settlement Corporation, assignee | 6,426.16 | 0.00 | 3,059.29 |

Total to be paid for timely general unsecured claims: $ 32,715.30
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Cynthia Karnitz
    Debtor

Case No. 13-82753-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3    User: cshabez    Page 1 of 1    Date Rcvd: May 28, 2014
                Form ID: pdf006    Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2014.
db         #+Cynthia Karnitz,    1926 Oxford Street,    Rockford, IL 61103-4831
20841746    +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
20841747     Chase/Amazon,    PO Box 15298,    Wilmington, DE 19850-5298
20841748    +Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
20841749    +CitiCard,    PO Box 6500,    Sioux Falls, SD 57117-6500
20841751    +Fifth Third Bank,    5001 Kingsley Dr,    MD 1MOB19,    Cincinnati, OH 45227-1114
21093567    +Fifth Third Mortgage Company,    Brian W Hockett,    One US Bank Plaza,    St Louis MO 63101-1612
20841752    +Guthy-Renker,    PO Box 361448,    Des Moines, IA 50336-1448
20841753    +Members Alliance Credit Union,    2550 South Alpine Road,    Rockford, IL 61108-7890
20841754    +Miles Gilliot,    132 N. Madison St,    Rockford, IL 61107-3948
20841755    +Miles Gillott,    132 N. Madison Street,    Rockford, IL 61107-3948
20841756    +Portfolio Recovery Associates, LLC,    PRA Disputes Department,    140 Corporate Boulevard,
              Norfolk, VA 23502-4952
20841758   #+Todd Karnitz,    226 S Main Street Unit 46,    Rockford, IL 61101-1236
20841759   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,    425 Walnut St,    Cincinnati, OH 45202-3956)
21420367     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20841745    +E-mail/Text: roy.buchholz@allianceoneinc.com May 29 2014 01:25:16
              Alliance One Receivable Management,    4850 Street Road,    Suite 300,    Trevose, PA 19053-6643
20841750    +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com May 29 2014 01:26:13     Comcast Cable,
              4450 Kishwaukee Street,    Rockford, IL 61109-2944
20841757     E-mail/PDF: pa_dc_claims@navient.com May 29 2014 01:28:55      Sallie Mae,    P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
21355815     E-mail/PDF: pa_dc_ed@navient.com May 29 2014 01:28:55      Sallie Mae Inc, On Behalf of The,
              Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2014 at the address(es) listed below:
              Brian Hockett    on behalf of Creditor    Fifth Third Mortgage Company bhockett@thompsoncoburn.com
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joel P Fonferko    on behalf of Creditor    Fifth Third Mortgage Company ND-One@il.cslegal.com
              Joseph D Olsen     Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Meghan N Bolte    on behalf of Debtor Cynthia  Karnitz mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 7
```